**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**LESLIE STANLEY,**

     **Plaintiff,**

**v.**

**CITY OF CENTREVILLE, et al.,**

     **Defendants.**              **Case No. 08-cv-622-DRH**


**<u>ORDER</u>**


**HERNDON, Chief Judge:**


Before the Court is defendant St. Clair County Board's (the "Board") Motion to Dismiss (Doc. 11), made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**. The Board argues that it lacks the legal capacity to be sued separate from the county itself under Illinois law, and therefore, Plaintiff has failed to state a claim against it for which relief can be granted (Doc. 11, ¶¶ 3-4, citing **FED. R. CIV. P. 17(b); 55 ILL. COMP. STAT. 5/5-1004**). Plaintiff has filed his timely Response (Doc. 35), stating that after review of the authorities cited in the Board's Motion, he agrees that the Board is not a proper party to this action and should be dismissed.[1]

---

[1] At the time of filing his Complaint, Plaintiff was acting *pro se*. He has since been appointed counsel.

Because Plaintiff does not oppose the Board's Motion to Dismiss and because the Board cannot be sued in any capacity separate from the county itself, the Court hereby **GRANTS** the Motion to Dismiss (Doc. 11).  Accordingly, defendant St. Clair County Board is hereby **DISMISSED WITH PREJUDICE** from this suit.

**IT IS SO ORDERED**.

Signed this 9th day of June, 2009.

/s/ David R Herndon

**Chief Judge**
**United States District Court**