IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LESLIE STANLEY,**

    **Plaintiff,**

v.

**CITY OF CENTREVILLE, ILLINOIS, et al,**

    **Defendants.**                                  Case No. 08-cv-622-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 29, 2010, this case is **DISMISSED**  with prejudice. Each party shall bear their own costs.

                                                    NANCY J. ROSENSTENGEL,
                                                    CLERK OF COURT


                                                    **BY:**      **/s/*Sandy Pannier***
                                                                   **Deputy Clerk**

Dated: September 29, 2010


APPROVED: /s/   *David R Herndon*
                 CHIEF JUDGE
                 U. S. DISTRICT COURT